STEVEN H. LEVIN
ADMITTED TO PRACTICE IN MARYLAND,
THE DISTRICT OF COLUMBIA, AND
NORTH CAROLINA

CHARLES N. CURLETT, JR.
ADMITTED TO PRACTICE IN MARYLAND,
THE DISTRICT OF COLUMBIA, AND NEW YORK

STRIDER L. DICKSON
ADMITTED TO PRACTICE IN MARYLAND

SARAH F. LACEY
OF COUNSEL
ADMITTED TO PRACTICE IN MARYLAND



**LEVIN & CURLETT LLC**

LAWYERS. LITIGATORS. PROBLEM SOLVERS.

745 FIFTH AVE., STE 500
NEW YORK, NY 10151
646.898.2089 | FAX 212.207.3111

201 N. CHARLES ST., STE 2000
BALTIMORE, MD 21201
410.685.4444 | FAX 410.685.2222

1455 PENNSYLVANIA AVE., STE 400
WASHINGTON, DC 20004
202.280.2001 | FAX 202.652.2309

WWW.LEVINCURLETT.COM

December 17, 2015

Office of the Clerk
United States Court of Appeals
for the Ninth Circuit
P.O. Box 193939
San Francisco, CA 94119-3939

RECEIVED
MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS
DEC 21 2015

RE: 15-10590

FILED_____
DOCKETED_____
DATE    INITIAL

Dear Clerk:

Enclosed please find the following documents to be filed in the aforementioned case:

1. Motion to Withdraw as Counsel

Once this document has been filed, I would request a file stamped copy be mailed to our office in the postage pre-paid envelope that is included.

In the meantime, should you have any questions, please do not hesitate to contact me.

Sincerely,

Brittney Harris
Paralegal

/bh
encl.

IN THE UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT

| | | |
|---|---|---|
| United States of America | * | |
| | * | Case No. 15-10590 |
| | * | |
| v. | * | |
| | * | |
| Shaun W. Bridges | * | |
| | * | |

## MOTION TO WITHDRAW AS COUNSEL

I, Steven H. Levin, of Levin & Curlett LLC, hereby moves to withdraw as counsel for the Defendant, Shaun W. Bridges, and as grounds therefore states as follows:

1. I was retained to represent Shaun W. Bridges in Case No. 3:15-cr-00319 in the United States District Court for the Northern District of California, from which judgment and sentence he now appeals;

2. On December 15, 2015, I filed a Notice of Appeal for Mr. Bridges;

3. Mr. Bridges has not retained me to represent him on his appeal.

WHEREFORE, I respectfully request this Court grant this motion for leave to withdraw as counsel.

Respectfully submitted,

STEVEN H. LEVIN
LEVIN & CURLETT LLC
201 N. Charles St. Suite 2000
Baltimore, MD 21201
P: 410-685-0078
F: 410-685-2222

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing has been served by U.S. Mail, on this 17th day of December 2015, on the following:

Shaun Bridges

Barbara Valliere
United States Attorneys Office
Northern District of California
450 Golden Gate Ave. Box 36055
San Francisco, CA 94102-3495

William Frentzen
United States Attorneys Office
Northern District of California
450 Golden Gate Ave. Box 36055
San Francisco, CA 94102-3495

Arvon J. Perteet
United States Attorneys Office
Northern District of California
450 Golden Gate Ave. Box 36055
San Francisco, CA 94102-3495

Kathryn Haun
United States Attorneys Office
Northern District of California
450 Golden Gate Ave. Box 36055
San Francisco, CA 94102-3495

_____
Steven H. Levin