December 29, 2015

RECEIVED
MOLLY C. DWYER, CLERK
U S COURT OF APPEALS

JAN 04 2016

FILED_____
DOCKETED_____
DATE    INITIAL

U S Court of Appeals for the Ninth Circuit
P O Box 193939
San Francisco, CA 94119-3939

United States vs Shaun W Bridges
CASE #15-10590

PRO SE MOTION FOR APPOINTMENT OF COUNSEL

I Shaun Bridges, respectfully request that the Honorable Court appoint CJA counsel on my behalf regarding the above listed case number. I am indigent and unemployed, and furthermore begin a period of incarceration beginning in January 2016. I do not have the financial resources to obtain my own counsel.

Thank you in advance for your assistance with this matter.

Shaun Bridges
8411 Lillian Lane
Laurel, MD. 20723
443-983-5765