✎ CJA 23
Rev. 5/98

# FINANCIAL AFFIDAVIT
IN SUPPORT OF REQUEST FOR ATTORNEY, EXPERT OR OTHER COURT SERVICES WITHOUT PAYMENT OF FEE

This form is available as a fillable version at *http://cdn.ca9.uscourts.gov/datastore/uploads/forms/CJA23affidavit.pdf*

| | | |
|---|---|---|
| **IN UNITED STATES** ☐ MAGISTRATE ☐ DISTRICT ☐ APPEALS COURT or ☐ OTHER PANEL *(Specify below)* | | **LOCATION NUMBER** |
| IN THE CASE _____ V. _____ | FOR _____ AT _____ | |
| PERSON REPRESENTED *(Show your full name)* | 1 ☐ Defendant-Adult<br>2 ☐ Defendant - Juvenile<br>3 ☐ Appellant<br>4 ☐ Probation Violator<br>5 ☐ Parole Violator<br>6 ☐ Habeas Petitioner<br>7 ☐ 2255 Petitioner<br>8 ☐ Material Witness<br>9 ☐ Other | **DOCKET NUMBERS**<br>Magistrate<br>District Court<br>Court of Appeals |
| CHARGE/OFFENSE *(Describe if applicable & check box →)* ☐ Felony ☐ Misdemeanor | | |

## ANSWERS TO QUESTIONS REGARDING ABILITY TO PAY

**ASSETS**

**EMPLOYMENT**
Are you now employed? ☐ Yes ☐ No ☐ Self-Employed
Name and address of employer: _____
**IF YES**, how much do you earn per month? $ _____
**IF NO**, give month and year of last employment _____
How much did you earn per month? $ _____
If married is your Spouse employed? ☐ Yes ☐ No
**IF YES**, how much does your Spouse earn per month? $ _____
If a minor under age 21, what is your Parents or Guardian's approximate monthly income? $ _____

**OTHER INCOME**
Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, retirement or annuity payments, or other sources? ☐ Yes ☐ No
**RECEIVED**      **SOURCES**
**IF YES**, GIVE THE AMOUNT RECEIVED & IDENTIFY THE SOURCES $ _____ $ _____ $ _____

**CASH** Have you any cash on hand or money in savings or checking accounts? ☐ Yes ☐ No **IF YES**, state total amount $ _____

**PROPERTY**
Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property *(excluding ordinary household furnishings and clothing)*? ☐ Yes ☐ No
**VALUE**      **DESCRIPTION**
**IF YES**, GIVE THE VALUE AND DESCRIBE IT $ _____ $ _____ $ _____ $ _____

**OBLIGATIONS & DEBTS**

**DEPENDENTS**
MARITAL STATUS:
☐ SINGLE
☐ MARRIED
☐ WIDOWED
☐ SEPARATED OR DIVORCED

Total No. of Dependents _____
List persons you actually support and your relationship to them _____

**DEBTS & MONTHLY BILLS**
*(LIST ALL CREDITORS, INCLUDING BANKS, LOAN COMPANIES, CHARGE ACCOUNTS, ETC.)*

| | Creditors | Total Debt | Monthly Paymt. |
|---|---|---|---|
| APARTMENT OR HOME: | | $ _____ | $ _____ |
| | | $ _____ | $ _____ |
| | | $ _____ | $ _____ |
| | | $ _____ | $ _____ |

I certify under penalty of perjury that the foregoing is true and correct.    Executed on *(Date)* _____

SIGNATURE OF DEFENDANT ▶ _____
*(OR PERSON REPRESENTED)*