STEVEN H. LEVIN

CHARLES N. CURLETT, JR.

STRIDER L. DICKSON

SARAH F. LACEY
OF COUNSEL



## LEVIN & CURLETT LLC

LAWYERS. LITIGATORS. PROBLEM SOLVERS.

January 14, 2016

Office of the Clerk
United States Court of Appeals
For the Ninth Circuit
P.O. Box 193939
San Francisco, CA 94119-3939

RECEIVED
MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

JAN 21 2016

FILED_____
DOCKETED_____
DATE          INITIAL

RE: 15-10590

Dear Clerk:

Enclosed please find the following documents to be filed in the aforementioned case:

1. Motion for Appointment of Counsel;

2. CJA 23 for Shaun Bridges.

Once these documents have been filed, I would request a file stamped copy be mailed to our office in the postage pre-paid envelope that is included.

In the meantime, should you have any questions, please do not hesitate to contact our office.

Sincerely,

Brittney Harris
Paralegal

/bh
encl.

IN THE UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT

| | | |
|---|---|---|
| United States of America | * | |
| | * | Case No. 15-10590 |
| | * | |
| v. | * | |
| | * | |
| Shaun W. Bridges | * | |
| | * | |

## MOTION FOR APPOINTMENT OF COUNSEL

I, Steven H. Levin, of Levin & Curlett LLC, hereby move for appointment of counsel for the Defendant, Shaun W. Bridges, and as grounds in support thereof state as follows:

1. I was retained to represent Shaun W. Bridges in Case No. 3:15-cr-00319 in the United States District Court for the Northern District of California, from which judgment and sentence he now appeals;

2. On December 15, 2015, I filed a Notice of Appeal for Mr. Bridges;

3. Mr. Bridges wishes to seek the appointment of CJA counsel to represent him on his appeal.

4. A CJA 23 for Mr. Bridges is attached.

WHEREFORE, I respectfully request this Court grant this motion for appointment of counsel.

Respectfully submitted,

STEVEN H. LEVIN
LEVIN & CURLETT LLC
201 N. Charles St. Suite 2000
Baltimore, MD 21201
P: 410-685-0078
F: 410-685-2222

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing has been served by U.S. Mail, on this 14th day of January 2016, on the following:

Shaun Bridges

Barbara Valliere
United States Attorneys Office
Northern District of California
450 Golden Gate Ave. Box 36055
San Francisco, CA 94102-3495

William Frentzen
United States Attorneys Office
Northern District of California
450 Golden Gate Ave. Box 36055
San Francisco, CA 94102-3495

Arvon J. Perteet
United States Attorneys Office
Northern District of California
450 Golden Gate Ave. Box 36055
San Francisco, CA 94102-3495

Kathryn Haun
United States Attorneys Office
Northern District of California
450 Golden Gate Ave. Box 36055
San Francisco, CA 94102-3495

Steven H. Levin

This form is available as a fillable version at http://cdn.ca9.uscourts.gov/datastore/uploads/forms/CJA23affidavit.pdf.

IN UNITED STATES ☐ MAGISTRATE ☐ DISTRICT ☒ APPEALS COURT or ☐ OTHER PANEL (Specify below)

IN THE CASE: United States v. Shaun Bridges
FOR
AT

LOCATION NUMBER

PERSON REPRESENTED (Show your full name): Shaun W. Bridges

1 ☐ Defendant - Adult
2 ☐ Defendant - Juvenile
3 ☒ Appellant
4 ☐ Probation Violator
5 ☐ Parole Violator
6 ☐ Habeas Petitioner
7 ☐ 2255 Petitioner
8 ☐ Material Witness
9 ☐ Other

CHARGE/OFFENSE (Describe if applicable & check box →) ☒ Felony ☐ Misdemeanor

DOCKET NUMBERS
Magistrate:
District Court:
Court of Appeals: 15-10590

**EMPLOYMENT**
Are you now employed? ☐ Yes ☒ No ☐ Self-Employed
Name and address of employer: N/A
IF YES, how much do you earn per month? $ 0
IF NO, give month and year of last employment 3/2015
How much did you earn per month? $ ≈10,000
If married is your Spouse employed? ☒ Yes ☐ No
IF YES, how much does your Spouse earn per month? $ ≈2,000
If a minor under age 21, what is your Parents or Guardian's approximate monthly income? $

**ASSETS**

OTHER INCOME: Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, retirement or annuity payments, or other sources? ☒ Yes ☐ No
IF YES, GIVE THE AMOUNT RECEIVED & IDENTIFY THE SOURCES
RECEIVED: $ ≈400
SOURCES: Unemployment

CASH: Have you any cash on hand or money in savings or checking accounts? ☐ Yes ☒ No IF YES, state total amount $

PROPERTY: Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? ☒ Yes ☐ No
IF YES, GIVE THE VALUE AND DESCRIBE IT
VALUE: $ ≈120K — DESCRIPTION: IRA
$ ≈7K — Share of equity in home

**DEPENDENTS**
MARITAL STATUS: ☐ Single ☒ Married ☐ Widowed ☐ Separated or Divorced
Total No. of Dependents: 0

**OBLIGATIONS & DEBTS**

| DEBTS & MONTHLY BILLS | APARTMENT OR HOME | Creditors | Total Debt | Monthly Paymt. |
|---|---|---|---|---|
| | Money Judgment | U.S. Government | $651,000 | TBD |
| | Mortgage | Flagstar Bank | $400,000 | $2900 |
| | Credit Cards | Amex, Visa | $55,000 | $800 |
| | Utilities | BGE, Verizon, Howard Co. | $rolling | $400 |
| | Homeowners Association | Gov't Yard Maint. | rolling | $90 |

I certify under penalty of perjury that the foregoing is true and correct.
Executed on (Date): 1/12/16

SIGNATURE OF DEFENDANT (OR PERSON REPRESENTED)