FILED

JAN 27 2016

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff - Appellee,<br><br>v.<br><br>SHAUN W. BRIDGES, AKA Number13,<br><br>    Defendant - Appellant. | No. 15-10590<br><br>D.C. No. 3:15-cr-00319-RS<br>Northern District of California,<br>San Francisco<br><br>ORDER |

Before: Peter L. Shaw, Appellate Commissioner.

  Appellant's submission of a completed Form CJA 23 is construed as a motion to proceed in forma pauperis. So construed, the motion is granted.

  The motion of appellant's retained counsel, Steven H. Levin, Esq., to withdraw as counsel of record and for appointment of new counsel is granted. Counsel will be appointed by separate order.

  The Clerk shall electronically serve this order on the appointing authority for the Northern District of California, who will locate appointed counsel. The appointing authority shall send notification of the name, address, and telephone number of appointed counsel to the Clerk of this court at counselappointments@ca9.uscourts.gov within 14 days of locating counsel.

New counsel shall designate the reporter's transcripts by March 1, 2016. The transcript is due March 31, 2016. Appellant's opening brief and excerpts of record are due May 10, 2016; appellee's answering brief is due June 9, 2016; and the optional reply brief is due within 14 days after service of the answering brief.

The Clerk shall serve a Form CJA 24 on the appointing authority, who shall provide it to newly appointed counsel. *See* 28 U.S.C. § 753(f).

If appellant seeks transcripts of proceedings requiring special authorization, that authorization should be obtained from the district court. *See* 6 Guide to Judiciary Policy § 550.40.

The Clerk shall amend this court's docket to reflect that appellant is now proceeding in forma pauperis.

The Clerk shall serve this order on former counsel.

The Clerk shall also serve this order on appellant individually at 8411 Lillian Lane, Laurel, Maryland 20723.