C.A. No. 15-10590

IN THE UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff-Appellee,) <br> ) <br> v. ) <br> ) <br> SHAUN W. BRIDGES, AKA Number ) <br> 13, ) <br> ) <br> Defendant-Appellant.) <br> _____) | C.A. No. 15-10590 <br><br> D.C. No. 3:15-cr-00319-RS |

**NOTICE OF APPEARANCE AS COUNSEL**

APPEAL FROM THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF CALIFORNIA

                                        STEVEN G. KALAR
                                        Federal Public Defender
                                        CARMEN A. SMARANDOIU
                                        Assistant Federal Public Defender
                                        450 Golden Gate Avenue
                                        San Francisco, CA  94102
                                        Telephone:  (415) 436-7700

                                        Counsel for Defendant-Appellant
                                        SHAUN W. BRIDGES,
                                        AKA Number 13

PLEASE TAKE NOTE that the Clerk is hereby asked to enter the appearance of Carmen A. Smarandoiu, Assistant Federal Public Defender, on behalf of Defendant-Appellant Shaun W. Bridges. The Clerk is requested to change the docket sheet and other court records to reflect that all orders and communications from the Court will in the future be directed to Assistant Federal Public Defender Carmen A. Smarandoiu at the above mailing address, telephone number, facsimile number and email address.

Please also take note that, from the date of this request, service on the defendant should be made on Assistant Federal Public Defender Carmen A. Smarandoiu only. Please amend your service lists accordingly.

Dated: February 9, 2016

                                          Respectfully submitted,

                                          STEVEN G. KALAR
                                          Federal Public Defender

                                                    /s/

                                          CARMEN A. SMARANDOIU
                                          Assistant Federal Public Defender