C.A. No. 15-10590

IN THE UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | C.A. No. 15-10590 |
| | ) | |
| Plaintiff-Appellee, | ) | D.C. No. 3:15-cr-00319-RS |
| | ) | |
| v. | ) | |
| | ) | |
| SHAUN W. BRIDGES, AKA Number 13, | ) | |
| | ) | |
| Defendant-Appellant. | ) | |

_____

**MOTION TO WITHDRAW AS COUNSEL**

APPEAL FROM THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF CALIFORNIA

STEVEN G. KALAR
Federal Public Defender
CARMEN A. SMARANDOIU
Assistant Federal Public Defender
450 Golden Gate Avenue
San Francisco, CA 94102
Telephone: (415) 436-7700

Counsel for Defendant-Appellant
SHAUN W. BRIDGES,
AKA Number 13

The Office of the Federal Public Defender for the Northern District of California respectfully moves to withdraw as counsel for Defendant-Appellant Shaun W. Bridges, AKA Number 13.

Mr. Bridges was represented in the district court proceedings by Mr. Steven H. Levin. On January 27, 2016, this Court granted Mr. Levin's motion to withdraw as counsel and Mr. Bridges' motion for appointment of new counsel. It also ordered the appointing authority for the Northern District of California to locate appointed counsel.

Upon receiving this Court's order, the Office of the Federal Public Defender for the Northern District of California conducted an internal conflict check. As part of this conflict evaluation, it contacted Mr. Levin. Based on information then available to the Defender there was no apparent conflict. The Federal Defender accepted the appointment, and undersigned Assistant Federal Public Defender filed a notice of appearance as counsel with this Court.

After that notice of appearance, the Federal Public Defender's office has had further conversations with Mr. Levin and with the United States Attorney's Office. Based on information learned in those conversations, it now appears that the Office of the Federal Public Defender is precluded from representing Mr. Bridges due to a conflict of interest.

1

In anticipation of this Court's order, the appointing authority for the Northern District of California has located substitute appointed counsel for Mr. Bridges.

WHEREFORE, the Office of the Federal Public Defender and undersigned counsel respectfully request that they be permitted to withdraw as counsel for Defendant-Appellant Shaun W. Bridges, AKA Number 13.

Dated: February 17, 2016

Respectfully submitted,

STEVEN G. KALAR
Federal Public Defender

/s/

CARMEN A. SMARANDOIU
Assistant Federal Public Defender