CASE NO. 15-10590

UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT

UNITED STATES OF AMERICA,
*Plaintiff-Appellee,*

v.

SHAUN W. BRIDGES,
*Defendant-Appellant.*

**DEFENDANT-APPELLANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE OPENING BRIEF; SUPPORTING DECLARATION**

Appeal From a Judgment of the
United States District Court for the Northern District of California
Case No. 3:15-cr-00319-RS The Honorable Richard Seeborg, United
States District Judge

HANSON BRIDGETT LLP
Davina Pujari, SBN 183407
Emily M. Charley, SBN 238542
425 Market Street, 26th Floor
San Francisco, California 94105
Telephone: (415) 777-3200
Facsimile: (415) 541-9366

Attorneys for Defendant-Appellant
Shaun W. Bridges

12298992.1

# MOTION FOR EXTENSION OF TIME TO FILE OPENING BRIEF

Defendant-Appellant Shaun W. Bridges ("Bridges") respectfully moves for a 60-day extension of time to file his Opening Brief, from June 9, 2016 to and including August 8, 2016. This unopposed motion is supported by a showing of diligence and substantial need and is made in accordance with Circuit Rule 31-2.2(b).

**A.    There Is A Showing Of Diligence And Substantial Need For An Extension Of Time.**

*1.  When the brief is due.*

Bridges' Opening Brief is currently due on June 9, 2016. Circuit Rule 31-2.2(b)(1); Declaration of Davina Pujari ("Pujari Decl."), ¶ 3.

*2.  When the brief was first due.*

Bridges' Opening Brief was first due on March 15, 2016. Circuit Rule 31-2.2(b)(2); Pujari Decl., ¶ 2.

*3.  The length of the requested extension.*

Bridges requests a 60-day extension, from June 9, 2016 to and including August 8, 2016. Circuit Rule 31-2.2(b)(3); Pujari Decl., ¶ 3.

*4.  The reasons an extension is necessary.*

Bridges requires a 60-day extension to confer with counsel and meaningfully prepare. Bridges is being housed in the Communications Management Unit ("CMU") at the Federal Correctional Institution ("FCI") in Terre

1

Haute, Indiana. Restrictions on phone calls within the CMU are incredibly limiting; Bridges is allowed a total of only one hour's worth of telephone calls per month. Thus, while Bridges' counsel have exercised diligence, there remains a substantial need for the extension of time to account for the drastic limitation on Bridge's counsel to consult with Bridges and prepare his Opening Brief. Circuit Rule 31-2.2(b)(4); Pujari Decl., ¶ 4.

### 5. *Bridges has exercised diligence and the brief will be filed within the time requested.*

Counsel for Bridges have been diligent in preparing the Opening Brief, despite the limitation on client communication, and will file the Opening Brief within the time requested. Circuit Rule 31-2.2(b)(5); Pujari Decl., ¶ 5.

### 6. *No separately represented party objects to the request.*

Appellees do not oppose the requested extension. Circuit Rule 31-2.2(b)(6); Pujari Decl., ¶ 6, & Ex. A.

### 7. *The court reporter is not in default.*

The court reporter is not in default with regard to any designated transcripts. Circuit Rule 31-2.2(b)(7); Pujari Decl., ¶ 7.

**B.    Conclusion.**

For the foregoing reasons, Bridges respectfully requests that the Court grant

//

his motion for a 60-day extension of time to file his Opening Brief, from June 9, 2016 to and including August 8, 2016.

DATED: May 26, 2016                    HANSON BRIDGETT LLP


By:     /s/ Davina Pujari
    DAVINA PUJARI
    EMILY M. CHARLEY
    Attorneys for Defendant-Appellant
    SHAUN W. BRIDGES

# DECLARATION OF DAVINA PUJARI

I, Davina Pujari, declare as follows:

1. I am a partner at the law firm of Hanson Bridgett LLP, counsel of record for Defendant-Appellant Shaun W. Bridges ("Bridges"). I submit this declaration in support of Bridges' Motion For Extension Of Time To File Opening Brief. I have personal knowledge of the facts stated in this declaration and, if called as a witness, could and would testify competently as to those facts.

2. Bridges filed his notice of appeal on December 15, 2015. Pursuant to this Court's scheduling order, Bridges' Opening Brief originally was due on March 15, 2016.

3. On January 27, 2016, this Court entered an order granting Bridges' retained counsel to withdraw and for appointment of new counsel. (Docket 6-1.) The order set May 10, 2016 as the deadline for Bridges' Opening Brief. On February 24, 2016, this Court entered an order granting my appointment as Bridges' counsel. (Docket 12.) On March 4, 2016, Bridges promptly sought and obtained a 60-day extension of time pursuant to the Court's streamlined request procedure, which extended the deadline for his Opening Brief to June 9, 2016. Bridges requests a 60-day extension of time, from June 9, 2016 to and including August 8, 2016, to prepare his Opening Brief.

4. The requested extension is necessary in order to consult with our client. We have had two telephone conversations with Bridges lasting 30 minutes each since my appointment. It takes approximately one week to schedule a telephone call with Bridges, and the calls are limited to 30 minutes.

5. On behalf of Bridges, I have been diligent in preparing the Opening Brief despite the limitation on client communication and my obligations on other matters, and will file the Opening Brief within the time requested.

6. Appellees do not oppose the requested extension. On May 24, 2016, I e-mailed Appellees' counsel to notify them of Bridges' intention to seek a 60-day extension of time, and to confirm that Appellee does not oppose Bridges' motion for extension of time. Appellee's counsel confirmed they do not oppose this extension. Exhibit A to this declaration is a true and correct copy of the May 24, 2016 e-mail correspondence between myself and Appellee's counsel.

//
//
//
//
//
//

7. The court reporter is not in default with regard to any designated transcripts.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed at San Francisco, California, on May 26, 2016.


/s/ Davina Pujari
DAVINA PUJARI