**EXHIBIT A**

| | |
|---|---|
| **From:** | Davina Pujari |
| **Sent:** | Tuesday, May 24, 2016 2:09 PM |
| **To:** | Tse, Alex (USACAN) |
| **Cc:** | Emily M. Charley |
| **Subject:** | RE: United States of America v. Shaun W. Bridges, Ninth Circuit Court of Appeals No. 15-10590 |

Yes, agreed.

Thanks again Alex.

Davina

**Davina Pujari**
**Partner**
Hanson Bridgett LLP
(415) 995-5077 Direct
(415) 995-3526 Fax
DPujari@hansonbridgett.com



 

This communication, including any attachments, is confidential and may be protected by privilege. If you are not the intended recipient, any use, dissemination, distribution, or copying of this communication is strictly prohibited. If you have received this communication in error, please immediately notify the sender by telephone or email, and permanently delete all copies, electronic or other, you may have.

The foregoing applies even if this notice is embedded in a message that is forwarded or attached.

**From:** Tse, Alex (USACAN) [mailto:Alex.Tse@usdoj.gov]
**Sent:** Tuesday, May 24, 2016 1:52 PM
**To:** Davina Pujari
**Subject:** RE: United States of America v. Shaun W. Bridges, Ninth Circuit Court of Appeals No. 15-10590

Davina,

The government does not oppose your request for 60 days.

Will you agree not to oppose a request of equal length by the government in the event we need additional time?

AGT

**From:** Davina Pujari [mailto:DPujari@hansonbridgett.com]
**Sent:** Tuesday, May 24, 2016 1:47 PM
**To:** Tse, Alex (USACAN)
**Subject:** FW: United States of America v. Shaun W. Bridges, Ninth Circuit Court of Appeals No. 15-10590

Alex: Here you go, and thank you!

Davina

**Davina Pujari**
**Partner**
Hanson Bridgett LLP
(415) 995-5077 Direct
(415) 995-3526 Fax
DPujari@hansonbridgett.com



 

This communication, including any attachments, is confidential and may be protected by privilege. If you are not the intended recipient, any use, dissemination, distribution, or copying of this communication is strictly prohibited. If you have received this communication in error, please immediately notify the sender by telephone or email, and permanently delete all copies, electronic or other, you may have.

The foregoing applies even if this notice is embedded in a message that is forwarded or attached.

**From:** Davina Pujari
**Sent:** Tuesday, May 24, 2016 12:24 PM
**To:** 'Barbara.Valliere@usdoj.gov'
**Subject:** United States of America v. Shaun W. Bridges, Ninth Circuit Court of Appeals No. 15-10590

Barbara:

I write to follow up on my voicemail to you of today. Does the government object to our request for an extension of time to file the brief in the above referenced case? In my voicemail, I requested 30 days, but I would like to revise the request to 60 days.

I would like to file the motion this week so would you let me know your position?

Best,
Davina

**Davina Pujari**
**Partner**
Hanson Bridgett LLP
(415) 995-5077 Direct
(415) 995-3526 Fax
DPujari@hansonbridgett.com



 

This communication, including any attachments, is confidential and may be protected by privilege. If you are not the intended recipient, any use, dissemination, distribution, or copying of this communication is strictly prohibited. If you have received this communication in error, please immediately notify the sender by telephone or email, and permanently delete all copies, electronic or other, you may have.

The foregoing applies even if this notice is embedded in a message that is forwarded or attached.