| | |
|---|---|
| UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT | **FILED**<br>MAY 27 2016<br>MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS |

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff - Appellee,<br><br>  v.<br><br>SHAUN W. BRIDGES, AKA Number13,<br><br>    Defendant - Appellant. | No. 15-10590<br><br>D.C. No. 3:15-cr-00319-RS-1<br>U.S. District Court for Northern California, San Francisco<br><br>**ORDER** |

Appellant's motion for an extension of time to file the opening brief is granted. The appellant's opening brief is due August 8, 2016; appellee's answering brief is due September 7, 2016; and the optional reply brief is due within 14 days after service of the answering brief.

FOR THE COURT:
Molly C. Dwyer
Clerk of Court

Linda K. King
Deputy Clerk

Ninth Circuit Rules 27-7 and 27-10