Office of the Clerk
UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT
P.O. Box 193939
San Francisco, California 94119-3939

Molly C. Dwyer
Clerk of Court

(415) 355-8000

# NOTICE OF APPEARANCE OF COUNSEL or
# RE-ASSIGNMENT OF COUNSEL WITHIN THE SAME OFFICE

**NOTE:** For readability and security, print the filled-in form to PDF *(File > Print > PDF Printer/Creator)*. You may also fill in the form, print it, and then scan the filled-in form to a PDF file.

| Field | Value |
|---|---|
| 9th Circuit Case Number(s) | 15-10590 |
| Case Name: | United States of America v. Shaun Bridges |
| The Clerk will enter my appearance as counsel on behalf of: | United States of America |

- ☐ Appellant
- ☐ Petitioner
- ☐ Amicus Curiae
- ☐ Appellant/Cross-Appellee
- ☒ Appellee
- ☐ Respondent
- ☐ Intervenor
- ☐ Appellee/Cross-Appellant

☒ Check if you are lead counsel.
  Lead counsel must be designated if a party is represented by more than one attorney or law firm.

If this case has been re-assigned to you from another attorney in your office *(i.e., the Federal Public Defenders Office, OIL, or a law firm)*, indicate who you are replacing. Provide the name of counsel only if the attorney is no longer on the case.

I am replacing *(name of counsel)*: William Frentzen, Kathryn Haun, Arvon J. Perteet

| Field | Value |
|---|---|
| Name | Merry Jean Chan, Assistant United States Attorney |
| Firm/Office | Office of the United States Attorney, Northern District of California |
| Address | 450 Golden Gate Avenue, 11th Floor |
| City | San Francisco |
| State | CA |
| Zip Code | 94102 |
| Email | Merry.Chan@usdoj.gov |
| Re-enter Email | Merry.Chan@usdoj.gov |
| Phone Number *(including area code)* | 415-436-7200 |
| Signature *(use "s/" format)* | /s/ Merry Jean Chan |
| Date | 7/29/2016 |

9th Circuit Case Number(s) | 15-10590

**NOTE:** For readability and security, print the filled-in form to PDF *(File > Print > PDF Printer/Creator)*. You may also fill in the form, print it, and then scan the filled-in form to a PDF file.

*********************************************************************************

## CERTIFICATE OF SERVICE
### When All Case Participants are Registered for the CM/ECF System

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Ninth Circuit by using the CM/ECF system

on *(date)* | 7/29/2016 .

I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

Signature *(use "s/" format)* | /s/ Hui Chen, Paralegal

*********************************************************************************

## CERTIFICATE OF SERVICE
### When Not All Case Participants are Registered for the CM/ECF System

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Ninth Circuit by using the CM/ECF system

on *(date)* .

Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

I further certify that some of the participants in the case are not registered CM/ECF users. I have mailed the foregoing document by First-Class Mail, postage prepaid, or have dispatched it to a third party commercial carrier for delivery within 3 calendar days to the following non-CM/ECF participants:

Signature *(use "s/" format)*