CASE NO. 15-10590

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

UNITED STATES OF AMERICA,
*Plaintiff-Appellee,*

v.

SHAUN W. BRIDGES,
*Defendant-Appellant.*

# MOTION TO WITHDRAW AS COUNSEL ON APPEAL
# (*ANDERS v. CALIFORNIA*)

Appeal From a Judgment of the
United States District Court for the Northern District of California
Case No. 3:15-cr-00319-RS The Honorable Richard Seeborg, United
States District Judge

HANSON BRIDGETT LLP
Davina Pujari, SBN 183407
Emily M. Charley, SBN 238542
425 Market Street, 26th Floor
San Francisco, California 94105
Telephone: (415) 777-3200
Facsimile: (415) 541-9366

Attorneys for Defendant-Appellant
Shaun W. Bridges

12469171.1

Pursuant to *Anders v. California*, 386 U.S. 738 (1967), counsel for Defendant-Appellant Shaun W. Bridges ("Bridges"), after having carefully examined the record and after having researched the relevant statutes and case law, has concluded that the accompanying appeal presents only legally frivolous issues. Therefore, counsel requests the Court's permission to withdraw as attorney of record and to allow Bridges to file any further briefs he deems necessary.

Pursuant to Ninth Circuit Rule 4-1(c)(6) and in accordance with *Anders*, counsel has prepared and submitted a brief explaining the best possible issues that could be raised for Bridges and has included everything in the record that might support an appeal, including the appropriate reporter's transcripts.

Accordingly, counsel requests an order of court permitting her to withdraw as counsel for Bridges. Counsel requests that this Court make an independent judgment from the brief submitted on appeal, and to permit Bridges to independently submit whatever he believes is appropriate in support of his appellate position.

DATED: August 5, 2016                    Respectfully submitted,
                                         HANSON BRIDGETT LLP


                                         By:     s/ Davina Pujari
                                            DAVINA PUJARI
                                            EMILY M. CHARLEY
                                            Attorneys for Defendant-Appellant
                                            Shaun W. Bridges

## CERTIFICATE OF FILING AND SERVICE

I certify that on August 5, 2016, I electronically filed the foregoing with the Clerk of the Court of the United States Court of Appeals for the Ninth Circuit by using the appellate CM/ECF system.

I certify that all participants in this case are registered CM/ECF users and that service will be accomplished by the appellate CM/ECF system.

DATED: August 5, 2016

_____
ISABEL HAAS