UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

AUG 10 2016

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff - Appellee,<br><br> v.<br><br>SHAUN W. BRIDGES, AKA Number13,<br><br>        Defendant - Appellant. | No. 15-10590<br><br>D.C. No. 3:15-cr-00319-RS-1<br>U.S. District Court for Northern California, San Francisco<br><br>**ORDER** |

The Anders brief submitted on August 5, 2016 is filed.

Within 7 days of this order, appellant is ordered to file 7 copies of the brief in paper format, with a blue cover, accompanied by certification (attached to the end of each copy of the brief) that the brief is identical to the version submitted electronically. A sample certificate is available on the Court's website, www.ca9.uscourts.gov, at the Electronic Filing - CM/ECF link.

The paper copies shall be printed from the PDF version of the brief created from the word processing application, not from PACER or Appellate CM/ECF.

The Court has reviewed the excerpts of record submitted on August 5, 2016. Within 7 days of this order, appellant is ordered to file 4 copies of the excerpts in paper format, with a white cover. The paper copies must be in the format described in 9th Circuit Rule 30-1.6.

The paper copies shall be submitted to the principal office of the Clerk. For regular U.S. mail, the address is P.O. Box 193939, San Francisco, CA 94119-3939. For overnight mail, the address is 95 Seventh Street, San Francisco, CA 94103-1526.

FOR THE COURT:
Molly C. Dwyer
Clerk of Court

Gabriela Van Allen
Deputy Clerk