FILED

NOV 08 2016

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 15-10590 |
| Plaintiff-Appellee, | D.C. No. 3:15-cr-00319-RS |
| v. | Northern District of California, San Francisco |
| SHAUN W. BRIDGES, a.k.a. Number13, | |
| Defendant-Appellant. | ORDER |

The motion of Davina Pujari, Esq., to withdraw as counsel of record under *Anders v. California,* 386 U.S. 738 (1967) (Docket Entry No. 24), is referred to the panel assigned to hear the merits of this appeal. The panel will conduct an independent review of the record. *See Penson v. Ohio,* 488 U.S. 75, 80 (1988). After it conducts its review, the merits panel will determine whether counsel will be allowed to withdraw and whether new counsel will be appointed. *See id.* at 83-84.

To facilitate such independent review, within seven days after the filing date of this order, appellant's counsel shall e-file the presentence report under seal using the CM/ECF Type of Document "File Presentence Report UNDER SEAL" and counsel shall also file four paper copies under seal. *See* 9th Cir. R. 30-1.10.

Appellant may file a pro se supplemental opening brief raising, in his own words, any issues in his case by December 20, 2016. If appellant files a pro se supplemental opening brief, on or before January 19, 2017, appellee shall file the answering brief or notify this court by letter that no answering brief will be filed. If appellee files the answering brief, the optional reply brief will be due within 14 days after service of the answering brief.

Whether or not appellant submits the optional pro se briefs, the panel will conduct an independent review of the record of the case.

The Clerk shall serve a copy of this order on appellant Shaun W. Bridges individually at Reg. No. 20436-111, FCI Terre Haute, Federal Correctional Institution, P.O. Box 33, Terre Haute, IN 47808, as well as on counsel for appellant.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: Julia Ferraz
Deputy Clerk