

*United States Attorney*
*Northern District of California*

*11th Floor, Federal Building*     *(415)436-7200*
*450 Golden Gate Ave., Box 36055*     *FAX: (415) 436-*
*San Francisco, CA 94102-3495*     *7234*

January 19, 2017

*VIA ECF*
Hon. Molly Dwyer
Clerk, United States Court of Appeals
for the Ninth Circuit
95 Seventh Street
San Francisco, CA 94103-1526

      Re: *United States v. Shaun Bridges*, No. 15-10590

Dear Ms. Dwyer:

     By order dated November 8, 2015, the Court acknowledged that defendant's counsel had filed a brief pursuant to *Anders v. California*, 386 U.S. 738 (1967), and directed the United States, on or before January 19, 2017, to file an answering brief or to notify the Court by letter that no answering brief will be filed. Pursuant to the terms of that order, the United States hereby notifies the Court that no answering brief will be filed.

                     Very truly yours,

                     BRIAN J. STRETCH
                     United States Attorney

                     /s/ J. Douglas Wilson
                     J. DOUGLAS WILSON
                     Assistant United States Attorney
                     Chief, Appellate Division

| | |
|---|---|
| 9th Circuit Case Number(s) | 15-10590 |

**NOTE:** To secure your input, you should print the filled-in form to PDF (File > Print > *PDF Printer/Creator*).

*********************************************************************************

### CERTIFICATE OF SERVICE
When All Case Participants are Registered for the Appellate CM/ECF System

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Ninth Circuit by using the appellate CM/ECF system on (date) _____.

I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the appellate CM/ECF system.

Signature (use "s/" format) _____

*********************************************************************************

### CERTIFICATE OF SERVICE
When Not All Case Participants are Registered for the Appellate CM/ECF System

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Ninth Circuit by using the appellate CM/ECF system on (date) 1/19/2017.

Participants in the case who are registered CM/ECF users will be served by the appellate CM/ECF system.

I further certify that some of the participants in the case are not registered CM/ECF users. I have mailed the foregoing document by First-Class Mail, postage prepaid, or have dispatched it to a third party commercial carrier for delivery within 3 calendar days to the following non-CM/ECF participants:

```
Shaun W. Bridges, Pro Se [#20436-111]
FCI- Federal Correctional Institution -
Terre Haute
P.O. Box 33
Terre Haute, IN 47808
```

Signature (use "s/" format)   /s/ Hui Chen, Paralegal