UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

MAY 03 2017

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff - Appellee, v. SHAUN W. BRIDGES, AKA Number13, Defendant - Appellant. | No. 15-10590 D.C. No. 3:15-cr-00319-RS-1 U.S. District Court for Northern California, San Francisco **MANDATE** |

The judgment of this Court, entered April 11, 2017, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: Margoth Turcios
Deputy Clerk
Ninth Circuit Rule 27-7